**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6528**

———————

CLARENCE ROULHAC, JR.,

Plaintiff - Appellant,

v.

PRISON HEALTH SERVICES; LINDA RAY, Ms., Head Nurse,
Powhatan Correctional Center; L. KUMP, Ms., Doctor,
Powhatan Correctional Center; A. TONEY, Mr., Doctor,
Powhatan Correctional Center; B. S. JANEK, DMD, Dentist,
Powhatan Correctional Center; FRED SCHILLINGS, Dr., Health
Service Director, VDOC,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Henry E. Hudson, District
Judge. (3:10-cv-00408-HEH)

———————

Submitted: June 14, 2012       Decided: June 20, 2012

———————

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Clarence Roulhac, Jr., Appellant Pro Se. Elizabeth Martin
Muldowney, RAWLS & MCNELIS, PC, Richmond, Virginia; John Michael
Parsons, Assistant Attorney General, OFFICE OF THE ATTORNEY
GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Roulhac, Jr., seeks to appeal the district court's orders dismissing four of five defendants in Roulhac's 42 U.S.C. § 1983 (2006) action and denying as moot Roulhac's motion for summary judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The orders Roulhac seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED